Robert R. Pohls (California Bar #131021)
Kenneth Perscheid (California Bar #120962)
**POHLS & ASSOCIATES**
1550 Parkside Drive, Suite 260
Walnut Creek, California  94596
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorney for Plaintiff
**State Farm Life Insurance Company**

*EXHIBIT A TO THE STIPULATION AND ORDER RE COMPROMISE OF A DISPUTED CLAIM AND RE ENTRY OF JUDGMENT IN INTERPLEADER AND DISMISSAL*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>B.W., a minor; A.W., a minor; and J.W., a minor,<br><br>　　　　Defendants. | Case No. 11-CV-02567-JCS<br><br>**ORDER RE COMPROMISE OF A DISPUTED CLAIM AND RE STIPULATED JUDGMENT IN INTERPLEADER AND DISMISSAL** |

Having reviewed the parties' Stipulation re Compromise of a Disputed Claim and re Entry of Judgment in Interpleader and Dismissal, and it appearing that plaintiff State Farm Life Insurance Company ("State Farm") has brought this action in interpleader, that this Court has jurisdiction of the parties and of the subject herein, and that good cause appears therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

　　1. State Farm properly filed its First Amended Complaint in Interpleader herein, and this is a proper cause for interpleader;

　　2. By reason of the death of Christian Williamson on or about January 21, 2011, the sum of $325,000.00 (the "Insurance Proceeds") became payable under State Farm's life insurance policy number LF-2090-5799 (the "Policy");

///

   3. B.W., A.W. and J.W. are minors, and each claim all or some portion of the Insurance Proceeds that are payable under the Policy, and no other person or entity has made a claim to the Insurance Proceeds;

   4. This is the compromise of a disputed claim involving minors and a proposed distribution of Insurance Proceeds;

   5. Having read and considered the stipulation herein, the Court finds that the best interests of the minors would be served by compromise of their respective claims to the Insurance Proceeds;

   6. Nicole Goodman is the mother of B.W.  On May 11, 2011, Nicole Goodman was appointed guardian of the estate of B.W. by the Superior Court of California, County of Contra Costa;

   7. Suzanne Williamson is the mother of A.W. and J.W.  Suzanne Williamson will, and hereby is directed to, file the necessary paperwork with the Superior Court of California, Los Angeles County, Probate Division to be appointed guardian of the estates of A.W. and J.W. no later than September 1, 2011;

   8. Pursuant to California *Probate Code* Section 2328(b)(2), Suzanne Williamson will, and hereby is directed to, open a separate blocked account for A.W. and J.W. in a California financial institution in advance of her appointment as guardian.

   9. State Farm be and hereby is awarded the sum of $7,204.00 for its costs and reasonable attorneys fees incurred in connection with this action, and State Farm shall deduct and retain such amount from and out of the Insurance Proceeds;

   10. A.W. be and hereby is awarded the sum of $38,199.00, and State Farm hereby is directed to pay that sum from and out of the Insurance Proceeds, by check made payable to "Suzanne Williamson, as custodian for A.W. under the California Uniform Transfers to Minors Act" and delivered by

ORDER RE COMPROMISE OF A DISPUTED CLAIM AND RE
STIPULATED JUDGMENT IN INTERPLEADER AND DISMISSAL
Case No. 11-CV-02567-JCS Page 2

State Farm via first class mail to: Suzanne Williamson, 3130 Hutchison Avenue, Los Angeles, CA 90034;

11. J.W. be and hereby is awarded the sum of $38,199.00 and State Farm hereby is directed to pay that sum from and out of the Insurance Proceeds, by check made payable to "Suzanne Williamson, as custodian for J.W. under the California Uniform Transfers to Minors Act" and delivered by State Farm via first class mail to: Suzanne Williamson, 3130 Hutchison Avenue, Los Angeles, CA 90034;

12. Upon receipt of the checks described in paragraphs 10 and 11, above, Suzanne Williamson will, and hereby is directed to, deliver those checks for deposit into the aforementioned blocked accounts for both A.W. and J.W., and obtain and file with the court a written receipt of the deposit, as well as the agreement of the financial institution that the money deposited, including any earnings on the money, must not be allowed to be withdrawn except on authorization of the court;

13. B.W. be and hereby is awarded the remaining Insurance Proceeds, including any interest which may have accrued on the Insurance Proceeds, and State Farm hereby is directed to pay that sum by check made payable to "Nicole Goodman, Guardian of Estate of B.W." and delivered by State Farm via first class mail to: Barbara E. Scramstad, Esq., 2860 Howe Road, Suite 101, Martinez, CA 94553;

14. Upon entry of this Order re Compromise of a Disputed Claim and re Stipulated Judgment in Interpleader and Dismissal, and upon State Farm's payment of the sums described in paragraphs 10, 11 and 13 above, this matter will be concluded in its entirety, with each party bearing their own attorneys' fees and costs not specifically awarded herein.

///

///

1  IT IS FURTHER ORDERED that State Farm and the guardians of B.W., A.W.
2  and J.W. be and are hereby authorized to compromise the claims of the minors, and
3  that the Insurance Proceeds be disbursed as described above.

6  DATED: __08/24_____, 2011    _____
                                    UNITED STATES MAGISTRATE JUDGE

*Judge Joseph C. Spero*